

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| PATSY JOY PIERCE, | § | No. 08-12-00150-CR |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 355th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Hood County, Texas |
| | § | |
| Appellee. | § | (TC # CR11911) |
| | § | |

## **O R D E R**

The Court has determined that it is necessary to review two original exhibits, State's Exhibit 3 (a CD or DVD) and State's Exhibit 5 (a DVD) admitted during trial in cause number CR11911, styled *The State of Texas v. Patsy Joy Pierce*.  The court reporter of the 355th District Court is therefore directed to prepare a supplemental reporter's record containing State's Exhibits 3 and 5 and file it with this Court no later than February 28, 2013.  The exhibits will be returned to the official court reporter after the appeal is concluded.

IT IS SO ORDERED THIS 8TH DAY OF JANUARY, 2014.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.